Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 24.4.242.145

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>           Plaintiff,<br><br>     vs.<br><br>John Doe subscriber assigned IP address 24.6.4.242.145<br>           Defendants. | No. 5:18-cv-01948<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 24.4.242.145** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 24.4.242.145.

DATED this 18th day of June, 2018.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


By /S/  Steve Vondran
     Steven C. Vondran, Esq.
     *Attorneys for IP 24.4.242.145*

**ORIGINAL** of the foregoing *e-filed* this 18th day of June 2018, with:

UNITED STATES DISTRICT COURT
Chief Magistrate Judge
Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 - 5th Floor
280 South 1st Street, San Jose, CA 95113

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

   Executed on June 18th*, 2018,* at Phoenix, Arizona.

                              By:   */s/*     *Lisa Vondran*  _____
                                         Lisa Vondran, Assistant